UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOHN DOE, )<br>Defendant ) | Case No. 20-mj-6616-MPK |

## DISMISSAL

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts hereby dismisses the Complaint filed on October 20, 2020, charging the defendant with False Representation of a Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B), and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A. In support of this dismissal, the government states that the defendant was not located and arrested until May 23, 2022, by which time the statute of limitation had expired on the offenses charged in the Complaint. Dismissal of the Complaint is in the interests of justice.

Respectfully submitted,

_____
Date

_____
WILLIAM F. ABELY
Criminal Chief

DAVID TOBIN
Digitally signed by DAVID TOBIN
Date: 2022.08.19 11:54:54 -04'00'

_____
DAVID G. TOBIN
Assistant U.S. Attorney

Leave to File Granted:

_____
M. Page Kelley
Chief Magistrate Judge